Opinion of the Court.

[No. 6,071.]

# MILLER *v.* SHARPE ET AL.

APPEAL—JUDGMENT.

APPEAL from the Third District Court, City and County of San Francisco. McKEE, J.

The facts are stated in the decision.

Department No. 2, by the COURT (from the Bench):

This is an action brought for partition of land. The document appealed from is the finding of facts by the Court, and the conclusions of law, which do not constitute an interlocutory decree. No decree appears as yet to have been made. There is, therefore, nothing from which to appeal.

The appeal is dismissed.

---

[No. 6,054.]

# BRADY *v.* KELLY.

LAW OF THE CASE.

APPEAL from a judgment for the plaintiff, in the Twelfth District Court, City and County of San Francisco. DAINGER-FIELD, J.

On the former appeal (reported 52 Cal. 371) the judgment was reversed, and the cause remanded, with directions to modify the decree in accordance with the opinion; and on the filing of the remittitur, a judgment conforming to the opinion was entered upon the original findings, without a new trial.

Department No. 1, by the COURT (from the Bench):

The judgment is affirmed, for the reason that the questions now presented were finally determined by this Court upon the former appeal. So ordered.